UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br>Plaintiff(s),<br>v.<br>PHILLIPS PLASTICS CORPORATION, a Wisconsin Corporation, and DOES 1 – 100<br>Defendant(s). | No. C 08-03094 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/1/08

Signature: [signature]

Counsel for Plaintiff Jens Erik Sorensen
(Plaintiff, Defendant, or indicate "pro se")