AO 440 (Rev. 8/01) Summons in a Civil Action

**ORIGINAL**

# UNITED STATES DISTRICT COURT

Northern  District of  California

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,

V.

PHILLIPS PLASTICS CORPORATION, a Wisconsin Corporation, and DOES 1 – 100

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **C08 03094 JCS** 

TO: (Name and address of Defendant)
c/o Phillips Plastics Corporation Registered Agent
C T CORPORATION SYSTEM
8040 EXCELSIOR DRIVE, SUITE 200
MADISON, WI 53717

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Rd., Suite 200
San Diego, CA 92121
858-362-3151

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                            JUN 2 6 2008

CLERK                                          DATE

(By) DEPUTY CLERK Tiffany Salinas-Harwell

American LegalNet, Inc
www.FormsWorkflow.c

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | July 1, 2008 |
| NAME OF SERVER (PRINT) Melody A. Kramer | TITLE | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served via Certified Mail.

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL | $0.00 | SERVICES | $7.77 | TOTAL $7.77 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 8, 2008
            Date

*Signature of Server*

9930 Mesa Rim Rd., Suite 1600
San Diego, CA 92121

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com



Phillips Plastics Corporation
C T Corporation System
8040 Excelsior Drive, Suite 200
Madison, WI 53717

| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_   ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>                                                         7-3-08 |
| 1. Article Addressed to:<br><br>Phillips Plastics Corporation<br>C T Corporation System<br>8040 Excelsior Drive, Suite 200<br>Madison, WI 53717 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7001 0320 0004 3020 1335 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540