NANCY J. GEENEN, CA BAR NO. 135968, NGEENEN@FOLEY.COM
KIMBERLY K. DODD, CA BAR NO. 235109, KDODD@FOLEY.COM
**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3404
TELEPHONE:   415.434-4484
FACSIMILE:    415.434-4507

ROBERT L. BINDER (TO BE ADMITTED *PRO HAC VICE*), RBINDER@FOLEY.COM
**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
TELEPHONE (414) 271-2400
FACSIMILE (414) 297-4900

PAVAN K. AGARWAL (TO BE ADMITTED *PRO HAC VICE*), PAGARWAL@FOLEY.COM
**FOLEY & LARDNER LLP**
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C. 20007-5143
TELEPHONE: (202) 672-5300
FACSIMILE: (202) 672-5399

Attorneys for Defendant/Counterclaim Plaintiff **Phillips Plastics Corporation**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIPS PLASTICS CORPORATION, a Wisconsin Corporation; and DOES 1 THROUGH 100,<br><br>Defendants.<br><br>PHILLIPS PLASTICS CORPORATION,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Counterclaim Defendant. | Case No: 08-CV-03094-MHP<br><br>**PHILLIPS PLASTICS CORPORATION'S DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** |

PHILLIPS' DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 AND CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16
CASE NO. 08-03094-MHP

MILW_7398756.1

1  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that
2  Phillips Plastics Corporation ("Phillips") has no parent corporation and there is no
3  publicly held corporation that owns 10% or more of its stock.
4  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed
5  persons, associations of persons, firms, partnerships, corporations (including parent
6  corporations) or other entities (i) have a financial interest in the subject matter in
7  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that
8  subject matter or in a party that could be substantially affected by the outcome of this
9  proceeding:  Evans Rule Company, Inc., The L.S. Starrett Company, and Sears Holdings
10 Corporation.  Each of these companies is a downstream purchaser of the product accused
11 of infringement in this action.

13 DATED:   JULY 18, 2008                                FOLEY & LARDNER LLP

15                                                       BY:            /s/
16                                                              NANCY J. GEENEN
                                                         Attorneys for Defendant/Counterclaim
17                                                       Plaintiff Phillips Plastics Corporation

2
PHILLIPS' DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 AND CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16
CASE NO. 08-03094-MHP

MILW_7398756.1