1  J. MICHAEL KALER, SBN 158296
   KALER LAW OFFICES
2  9930 Mesa Rim Road, Suite 200
3  San Diego, California 92121
   Telephone (858) 362-3151
4  michael@kalerlaw.com

5  MELODY A. KRAMER, SBN 169984
   KRAMER LAW OFFICE, INC.
6  9930 Mesa Rim Road, Suite 1600
7  San Diego, California 92121
   Telephone (858) 362-3150
8  mak@kramerlawip.com

9  Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
10 DEVELOPMENT TRUST

11

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br><br> v. <br><br> PHILLIPS PLASTICS CORPORATION, a Wisconsin Corporation; and DOES 1 – 100, <br><br> Defendants. <br>_____<br> PHILLIPS PLASTICS CORPORATION, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Counterclaim Defendant. <br>_____ | Case No. 08-CV-03094 MHP <br><br><br><br><br> **ANSWER TO COUNTERCLAIM** |

Plaintiff/Counterclaim Defendant JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), for its Reply to Defendants/Counterclaimants Phillips Plastics Corporation ("Phillips") Counterclaims, replies as follows:

## COUNTERCLAIMS

1. On information and belief, admit.
2. Admit.
3. Though denying any entitlement thereto, admit that Counterclaim claims to be based on the listed statutes.
4. Admit.
5. Admit.
6. Admit that venue is proper in the Northern District of California and that Counterclaimant has submitted to venue in the Northern District of California by virtue of having filed a Counterclaim in the District.
7. Admit the contents of the Complaint herein.
8. Deny.
9. Deny.
10. Admit the existence of a controversy, deny that Phillips is entitled to the relief sought in its Counterclaim.

**WHEREFORE,** SRDT prays that judgment on Phillips' Counterclaims be entered as follows:

a. For judgment in favor of SRDT and against Phillips on all requested relief;

b. That this case is decreed an "exceptional case" and SRDT is awarded reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

c. For costs of suit herein incurred;

1      d.    For such other and further relief as the Court may deem just and proper.

2  DATED this 18th day of July, 2008.

                            JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff

                            /s/ Melody A. Kramer
Melody A. Kramer, Esq.
Attorney for Plaintiff

3.

Case No. 08CV03094 MHP

**PROOF OF SERVICE**

I, Melody A. Kramer declare:  I am and was at the time of this service working within in the County of San Diego, California.  I am over the age of 18 year and not a party to the within action.  My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.  I am a member of the State Bar of California and the Bar of this Court.

On July 18, 2008, I served on the parties to this action the following documents:

**ANSWER TO COUNTERCLAIM**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Nancy J. Geenen<br>Kimberly K. Dodd<br>Foley & Lardner LLP<br>One Maritime Plaza, Sixth Floor<br>San Francisco, CA 94111<br>415/434-4507 FAX<br>ngeenen@foley.com<br>kdodd@foley.com | Defendant Phillips Plastics Corporation | Email--Pleadings Filed with the Court |
| Robert L. Binder<br>Foley & Lardner LLP<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>414/297-4900 FAX<br>rbinder@foley.com | Defendant Phillips Plastics Corporation | Email--Pleadings Filed with the Court |
| Pavan K. Agarwal<br>Foley & Lardner LLP<br>3000 K Street, N.W. Suite 500<br>Washington, DC 20007<br>202/672-5399 FAX<br>pagarwal@foley.com | Defendant Phillips Plastics Corporation | Email--Pleadings Filed with the Court |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

2.

Case No. _08CV03094 MHP

1
2  ☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.
3

4  ☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.
5

6  **X** (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.
7

8

9  I declare that the foregoing is true and correct, and that this declaration was executed on Friday, July 18, 2008, in San Diego, California.

10
                                                                              /s/ Melody A. Kramer
11
                                                                              _____
12
                                                                              Melody A. Kramer

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3.

Case No. _08CV03094 MHP