1  JARED BOBROW (Bar No. 133712)
   jared.bobrow@weil.com
2  JOSEPH H. LEE (Bar No. 248046)
   joseph.lee@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
5  Facsimile: (650) 802-3100

6  KEVIN KUDLAC (*pro hac vice*)
   kevin.kudlac@weil.com
7  WEIL, GOTSHAL & MANGES LLP
   8911 Capital of Texas Highway
8  Building One, Suite 1350
   Austin, TX 78759
9  Telephone: (512) 349-1930
   Facsimile: (512) 527-0798
10

   Attorneys for Defendant
11 LEXAR MEDIA, INC.

12                    UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| 14  JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>16            Plaintiff,<br><br>17       v.<br><br>18  LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>19<br>            Defendants.<br>20 | Case No. C08-00095 JW<br><br>DECLARATION OF JOSEPH H. LEE IN SUPPORT OF DEFENDANT LEXAR MEDIA'S OPPOSITION TO PLAINTIFF'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12(b)) |
| 21  JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br>22<br>            Plaintiff,<br>23<br>       v.<br>24<br>    PHILLIPS PLASTICS CORP., et al.,<br>25<br>            Defendants.<br>26<br>27 | Case No. CV08-3094 MHP<br><br><br><br>Courtroom:  8, 4th Floor<br>Judge:      Hon. James Ware<br><br>**No Oral Argument Unless Requested by the Court** |

28

I, Joseph H. Lee, declare:

1. I am an associate at the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendant in this case. Unless otherwise stated herein, I have personal knowledge of the facts stated in this declaration and, if called upon by a court of law to do so, could and would testify competently to them.

2. Attached hereto as Exhibit A is a true and correct copy of Phillips Plastics Corp.'s Notice of Pendency of Other Action or Proceeding Pursuant to Civil L.R. 3-13, filed on July 18, 2008 in *Sorensen v. Phillips Plastic Corp.*, Case No. 08-3094 MHP as Docket No. 12.

3. Attached hereto as Exhibit B is a true and correct copy of Judicial Referral for Purpose of Determining Relationship of Cases, issued on March 26, 2008 in *Sorensen v. Digital Networks N.A.*, Case No. 07-05568 JSW as Docket No. 41.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiff's Response to Judicial Referral for Purpose of Determining Relationship of Cases, filed on March 31, 2008 in *Digital Networks* as Docket No. 42.

5. Attached hereto as Exhibit D is a true and correct copy of Related Case Order, issued on April 3, 2008 in *Digital Networks* as Docket No. 44.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of July, 2008, at Redwood Shores, California.

                                            /s/ *Joseph H. Lee*
                                            Joseph H. Lee

# Exhibit A

1  NANCY J. GEENEN, CA BAR NO. 135968, NGEENEN@FOLEY.COM
   KIMBERLY K. DODD, CA BAR NO. 235109, KDODD@FOLEY.COM
   **FOLEY & LARDNER LLP**
2  ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3404
3  TELEPHONE:   415.434.4484
   FACSIMILE:   415.434.4507

4  ROBERT L. BINDER (TO BE ADMITTED *PRO HAC VICE*), RBINDER@FOLEY.COM
   **FOLEY & LARDNER LLP**
5  777 EAST WISCONSIN AVENUE
   MILWAUKEE, WI 53202
   TELEPHONE (414) 271-2400
6  FACSIMILE (414) 297-4900

7  PAVAN K. AGARWAL (TO BE ADMITTED *PRO HAC VICE*), PAGARWAL@FOLEY.COM
   **FOLEY & LARDNER LLP**
   3000 K STREET, N.W., SUITE 500
   WASHINGTON, D.C. 20007-5143
8  TELEPHONE: (202) 672-5300
   FACSIMILE: (202) 672-5399

9
   Attorneys for Defendant/Counterclaim Plaintiff **Phillips Plastics Corporation**
10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13
    JENS ERIK SORENSEN, as Trustee of          Case No: 08-CV-03094-MHP
14  SORENSEN RESEARCH AND
    DEVELOPMENT TRUST                          **PHILLIPS PLASTICS
15                                             CORPORATION'S NOTICE OF
              Plaintiff,                       PENDENCY OF OTHER ACTION
16                                             OR PROCEEDING PURSUANT TO
         vs.                                   CIVIL L.R. 3-13**
17
    PHILLIPS PLASTICS CORPORATION, a
18  Wisconsin Corporation; and DOES 1
    THROUGH 100,
19
              Defendants.
20
    PHILLIPS PLASTICS CORPORATION,
21
              Counterclaim Plaintiff,
22
         vs.
23
    JENS ERIK SORENSEN, as Trustee of
24  SORENSEN RESEARCH AND
    DEVELOPMENT TRUST,
25
              Counterclaim Defendant.
26

27

28

---

PHILLIPS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING
CASE NO. 08-03094-MHP

MILW_7398759.1

Phillips Plastics Corporation ("Phillips") submits this Notice of Pendency of Other Action or Proceeding pursuant to Civil L.R. 3-13.

There is an action pending in the Southern District of California involving a material part of the same subject mater as this action and some of the same parties. The other action is entitled *Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust v. The Black & Decker Corporation, Black & Deckre Inc.; Black & Decker (U.S.) Inc.; Porter-Cable Corporation, Vector Products, Inc., Phillips Plastics Corporation, Hi-Tech Plastics Inc. and B&D Holdings LLC*, U.S. District Court for the Southern District of California, Case No. 06-cv-1572 BTM (Judge Barry Moskowitz).

The San Diego action is a patent infringement action brought by the same plaintiff as in the present case against (among others) the same defendant as in this case, Phillips. In the San Diego action, Sorensen contends, as it does in this action, that Phillips has manufactured two-part plastic pieces using injection molding technology that infringes Sorensen's '184 patent. The accused parts in the San Diego action are the housings for electric drills. In this case, the accused parts are housings for Sears Craftsman tape measures. Based on the allegations in the complaints, it appears that the alleged infringement is identical in both cases. In both cases, Phillips will assert defenses based on the invalidity of the patent, laches and estoppel, and non-infringement, among others.

Phillips (and also Black & Decker) have filed proceedings in the U.S. Patent and Trademark Office ("PTO") for reexamination of the patent pursuant to 35 U.S.C. § 302. The PTO has determined that "substantial new questions of patentability" have been raised under § 303(a) and is proceeding with the reexamination. The District Court in San Diego has stayed the case there pending a determination on the reexamination proceedings. In this case, Phillips shortly will file a motion to transfer the case for all purposes to the Southern District of California under 28 U.S.C. § 1404(a). Alternatively, this case should be transferred to the Southern District of California pursuant to 28 U.S.C. § 1407 for coordinated pretrial proceedings, including the motion to stay and

issues related thereto and, if the reexamination sustains the validity of the patent, for claim construction purposes.

DATED: JULY 18, 2008

FOLEY & LARDNER LLP

BY: _____/s/_____

NANCY J. GEENEN
Attorneys for Defendant/Counterclaim Plaintiff Phillips Plastics Corporation

# Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORENSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST INTERNATIONAL DIGITAL, INC.<br><br>    Defendant | No. 07-05525 JSW |
| SORENSEN<br><br>    Plaintiff,<br><br>  v.<br><br>DIGITAL NETWORKS OF NORTH AMERICA,<br><br>    Defendant. | No. 07-05568 JSW |
| SORENSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>AMPRO TOOLS CORPORATION,<br><br>    Defendant. | No. 08-00096 CW<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned cases to District Judge Jeffrey S. White to consider whether these cases are related. Parties shall file any

1  response in opposition to or in support of relating the cases
2  within five (5) days of receipt of this Order.

Dated  3/26/08

*Claudia Wilken*

CLAUDIA WILKEN
United States District Judge

# Exhibit C

| | |
|---|---|
| 1 | MELODY A. KRAMER, SBN 169984 |
| | KRAMER LAW OFFICE |
| 2 | 9930 Mesa Rim Road, Suite 1600 |
| 3 | San Diego, California 92121 |
| | Telephone (858) 362-3150 |
| 4 | |
| 5 | J. MICHAEL KALER, SBN 158296 |
| | KALER LAW OFFICES |
| 6 | 9930 Mesa Rim Road, Suite 200 |
| | San Diego, California 92121 |
| 7 | Telephone (858) 362-3151 |
| | Email: michael@kalerlaw.com |
| 8 | |
| | Attorneys for Plaintiff JENS ERIK SORENSEN, |
| 9 | as Trustee of SORENSEN RESEARCH AND |
| | DEVELOPMENT TRUST |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORENSEN RESEARCH AND DEVELOPMENT TRUST, | Case No. C 075525 JSW |
| Plaintiff, | |
| v. | **PLAINTIFF'S RESPONSE TO JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |
| FIRST INTERNATIONAL DIGITAL, INC. | |
| Defendant. | |
| | Case No. 07-05568 JSW |
| SORENSEN RESEARCH AND DEVELOPMENT TRUST, | |
| Plaintiff, | |
| v. | |
| DIGITAL NETWORKS NORTH AMERICA, | |
| Defendant. | |
| | Case No. 08-00096 CW |
| SORENSEN RESEARCH AND DEVELOPMENT TRUST, | |
| Plaintiff, | |
| v. | |
| AMPRO TOOLS CORPORATION | |
| Defendant. | |

1  Plaintiff Jens Erik Sorensen as Trustee of Sorensen Research and
2  Development Trust ("Sorensen") hereby submits its opposition to an order relating
3  the above-captioned cases for the reasons set forth herein.
4  Pursuant to Civil L.R. 3-12(c), an action is related to another when (1) the
5  actions concern substantially the same parties, property, transaction or event; and (2)
6  it appears likely that there will be an unduly burdensome duplication of labor and
7  expense or conflicting results if the cases are conducted before different Judges.
8  *Sorensen v. First International Digital, Inc., et al*, Case No. 07-05525, does
9  not meet these criteria because the case does not have any overlapping defendants or
10 products accused of patent infringement with either of the other two cases, and
11 because a default judgment has already been entered in the case.
12 *Sorensen v. Digital Networks North America, Inc., et al*, Case No. 07-05568,
13 does not meet these criteria either because the case does not have any overlapping
14 defendants or products accused of patent infringement with either of the other two
15 cases.
16 *Sorensen v. Ampro Tools Corporation,* Case No. 08-00096, does not meet
17 these criteria because the case does not have any overlapping defendants or products
18 accused of patent infringement with either of the other two cases, and because
19 default has already been entered against the Defendant.

21 DATED this 31st day of March, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer

---

Melody A. Kramer, Esq.
J. Michael Kaler, Esq.
Attorneys for Plaintiff

<pre>
 1                        PROOF OF SERVICE
 2       I, Melody A. Kramer declare:  I am and was at the time of this service working within in
    the County of San Diego, California.  I am over the age of 18 year and not a party to the within
 3  action.  My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600,
    San Diego, California, 92121.  I am a member of the State Bar of California and the Bar of this
 4  Court.
 5
         On March 31, 2008, I served on the parties to this action the following documents:
 6
 7         PLAINTIFF'S RESPONSE TO JUDICIAL REFERRAL FOR PURPOSE OF
                     DETERMINING RELATIONSHIP OF CASES
 8
</pre>

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| David A. Jakopin<br>Theodore K. Bell<br>tad.bell@pillsburylaw.com<br>Daniel J. Richert<br>Pillsbury Winthrop et al<br>2475 Hanover Street<br>Palo Alto, CA 94304-1114<br>650-233-4545 FAX | Defendant Digital Networks North America, Inc. | Email – Pleadings Filed with the Court |
| Bradley J. Hulbert<br>hulbert@mbhb.com<br>Richard A. Machonkin<br>machonkin@mbhb.com<br>Kurt W. Rohde<br>rohdek@mbhb.com<br>300 South Wacker Drive<br>Chicago, IL 60606 | Defendant Digital Networks North America, Inc. | Email – Pleadings Filed with the Court |

☐  (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐  (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐  (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees.  The facsimile transmissions were reported as complete and without error.

☐  (Email) I emailed a true copy of the foregoing documents to an email address

3.

Case No. 07cv5568 JSW

1 | represented to be the correct email address for the above noted addressee.

2 | [X] (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

I declare that the foregoing is true and correct, and that this declaration was executed on Monday, March 31, 2008, in San Diego, California.

/s/ Melody A. Kramer

Melody A. Kramer

# Exhibit D

Case 3:08-cv-03094-MHP  Document 15-5  Filed 07/22/2008  Page 1 of 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 07-05525 JSW        Sorensen v. First International Digital, Inc.

C 07-05568 JSW        Sorensen v. Digital Networks North America, Inc.
   I find that the above case is related to the case assigned to me. _____


C 08-00095 JW         Sorensen v. Lexar Media, Inc.
   I find that the above case is related to the case assigned to me. _____


C 08-00096 CW         Sorensen v. Ampro Tools Corporation
   I find that the above case is related to the case assigned to me. _____

ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:_____    _____
                        Judge Jeffrey S. White


Dated:_____    _____
                        Judge Jeffrey S. White


Dated:_____    _____
                        Judge James Ware

## CLERK'S NOTICE

The Honorable Jeffrey S. White has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: April 3, 2008                    By: _____*Jennifer Ottolini*_____
                                                Deputy Clerk

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____(date)