**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

   **C 08-00095 JW**     **Sorensen v. Lexar Media, Inc.**

   **C 08-03094 MHP**     **Sorensen v. Phillips Plastics Corporation**

      I find that the above case is NOT related to the case assigned to me. ____JW____

**ORDER**

      The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Dated:__July 25, 2008__       _/s/ James Ware_____
                                     Judge James Ware

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

                                                                  Richard W. Wieking, Clerk

**DATED:  ___July 25, 2008_____**          **By:**  _Elizabeth C. Garcia_
                                                                                                   **Deputy ClerK**

Copies to:   Courtroom Deputies
                Case Systems Administrators
                Counsel of Record
Entered into Assignment Program: _____(date)