

Pavan Kumar Agarwal
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
202.945.6162

FILED
08 AUG 18 PM 3:39

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND
DEVELOPMENT TRUST

    Plaintiff(s),

v.

PHILLIPS PLASTICS CORPORATION, a
Wisconsin Corporation; and DOES 1
THROUGH 100,

    Defendant(s).

CASE NO. 08-CV-03094-MHP

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Pavan Kumar Agarwal, an active member in good standing of the bar of Virginia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Phillips Plastics Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Nancy Geenen, CA BAR NO. 135968, Foley & Lardner LLP, 1 Maritime Plaza SAN FRANCISCO, CA 94111-3404, TELEPHONE: 415.434-4484

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2008