FILED
2008 AUG 18 PM 3:40

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NANCY J. GEENEN, CA BAR NO. 135968, NGEENEN@FOLEY.COM
KIMBERLY K. DODD, CA BAR NO. 235109, KDODD@FOLEY.COM
**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3404
TELEPHONE:    415.434-4484
FACSIMILE:    415.434-4507

ROBERT L. BINDER (TO BE ADMITTED *PRO HAC VICE*), RBINDER@FOLEY.COM
**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
TELEPHONE (414) 271-2400
FACSIMILE (414) 297-4900

PAVAN K. AGARWAL (TO BE ADMITTED *PRO HAC VICE*), PAGARWAL@FOLEY.COM
**FOLEY & LARDNER LLP**
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C. 20007-5143
TELEPHONE: (202) 672-5300
FACSIMILE: (202) 672-5399

Attorneys for Defendant/Counterclaim Plaintiff **Phillips Plastics Corporation**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIPS PLASTICS CORPORATION, a Wisconsin Corporation; and DOES 1 THROUGH 100,<br><br>Defendants. | Case No: 08-CV-03094-MHP<br><br>**PROOF OF SERVICE** |
| PHILLIPS PLASTICS CORPORATION,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Counterclaim Defendant. | |

PROOF OF SERVICE
CASE NO. 08-03094-MHP

SFCA_1447589.1

# PROOF OF SERVICE

I am employed in the **County of San Francisco, State of California**. I am over the age of 18 and not a party to this action; my current business address is **One Maritime Plaza, Sixth Floor, San Francisco**.

On **August 18, 2008**, I served the following document(s) described as: **Application for Admission of Attorney *Pro Hac Vice* and [Proposed] Order Granting Application for Admission of Attorney *Pro Hac Vice* of Robert L. Binder and Pavan Kumar Agarwal** on the interested parties in this action as follows:

X    BY THE FOLLOWING MEANS:
    I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Melody Ann Kramer<br>Kramer Law Office, Inc.<br>9930 Mesa Rim Road, Ste. 1600<br>San Diego , CA 92121 | mak@kramerlawip.com |
| James Michael Kaler<br>Law Offices of J. Michael Kaler<br>9930 Mesa Rim Road, Suite 200<br>San Diego , CA 92121 | michael@kalerlaw.com |

X    BY MAIL
      X    I placed the envelope(s) with postage thereon fully prepaid in the United States mail, at **San Francisco, California**.

      X    I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Francisco, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

X    BY E-MAIL
      X    I served the foregoing document via e-mail to the addressees above at the e-mail addresses listed therein.

___    BY FACSIMILE

      ___    I transmitted the document(s) by facsimile transmission from a facsimile transmission machine, at **San Francisco, California**, with the telephone number, **415.434.4507,** to ... whose facsimile transmission telephone number is ....

1

|   |   |   |
|---|---|---|
| 1 |  | I am readily familiar with the firm's practice for delivery by facsimile transmission: the firm transmits the document(s) from a facsimile transmission machine to the person to be served. I placed the document(s) in the place designated by the firm, at **San Francisco, California**, for facsimile transmission to ... whose facsimile transmission telephone number is ... on the above date following ordinary business practices. The document(s) was transmitted from a facsimile transmission machine with the telephone number of **415.434.4507**. |

The facsimile transmission was reported as complete without error by a transmission report, issued by the facsimile transmission machine upon which the transmission was made, immediately following the transmission.

___ BY HAND DELIVERY. I delivered the envelope(s) **by hand** to addressee(s).

___ BY EXPRESS SERVICE CARRIER (**Via Overnight Courier Service**)

    ___ I placed the envelope(s) in a box or other facility regularly maintained by Federal Express, or delivered the document(s) to a courier or driver authorized by the express service carrier to receive document(s), in an envelope(s) or package designated by the express service carrier, with delivery fees paid or provided for, at **San Francisco, California**.

    ___ I am readily familiar with the firm's practice for collection and processing of correspondence for delivery by Federal Express: collected packages are picked up by an express carrier representative on the same day, with the Airbill listing the account number for billing to sender, at **San Francisco, California**, in the ordinary course of business. I placed the envelope(s) in an envelope or package designated by the express service carrier for collection and processing for express service delivery on the above date following ordinary business practices.

_X_ Executed on **August 18, 2008**, at **San Francisco, California**.

_X_ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Rocio Barcena*
Rocío Barcena

2