UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN et al, | No. C 08-03094 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Hearing)** |
| v. | |
| PHILLIPS PLASTICS CORPORATION et al, | |
| Defendant(s). | |

The parties are notified that the hearing of the motion(s) in this matter currently on calendar for September 8, 2008, AND the Case Management Conference, currently set for October 6, 2008, are hereby RESCHEDULED to Monday, **September 29, 2008, at 2:00 p.m.**  Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

Richard W. Wieking
Clerk, U.S. District Court

Dated: August 29, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140